**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Paul MAYWEATHERS, Defendant–Appellant.**

No. 09–40401

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 20, 2009.

Traci Lynne Kenner, Assistant U.S. Attorney, U.S. Attorney's Office, Tyler, TX, Joseph R. Batte, Assistant U.S. Attorney, U.S. Attorney's Office, Beaumont, TX, for Plaintiff–Appellee.

Frank Warren Henderson, Assistant Federal Public Defender, Federal Defender's Office, Beaumont, TX, George Patrick Black, Amy R. Blalock, Assistant Federal Public Defender, Federal Defender's Office, Tyler, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

case, Paul Mayweathers raises arguments that are foreclosed by *United States v. Doublin,* 572 F.3d 235, 236–39 (5th Cir. 2009), *petition for cert. filed* (Sept. 21, 2009) (No. 09–6657), which rejected the argument that *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005) applies in 18 U.S.C. § 3582(c)(2) proceedings and held that a district court may not reduce a sentence below the minimum provided in the amended Guidelines. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.